THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9    JACQUELYN MCCARTEN,                          CASE NO. C14-0225-JCC

10                        Plaintiff,              ORDER

11            v.

12   CAROLYN W. COLVIN, *Acting*
     *Commissioner of Social Security*,
13

14                        Defendant.

15        This matter comes before the Court on the Report and Recommendation (Dkt. No. 19) of

16   the Honorable Brian A. Tsuchida, United States Magistrate Judge. Upon consideration of that

17   Report and Recommendation, to which no party has objected, Plaintiff's complaint, and the

18   balance of the record, the Court hereby finds and ORDERS:

19        (1)    The Report and Recommendation (Dkt. No. 19) is ADOPTED.

20        (2)    The final decision of the Commissioner is REVERSED and this case is

21               REMANDED to the Social Security Administration for further administrative

22               proceedings consistent with the Report and Recommendation.

23        (3)    The Clerk is respectfully directed to send copies of this Order to the parties and to

24               Judge Tsuchida.

25   //

26   //

ORDER
PAGE - 1

1          DATED this 29th day of August 2014.

2

3

4

5

6

7                                             John C. Coughenour
                                              UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2